IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE : <br> ONE HUNDRED FIFTY THOUSAND : <br> NINE HUNDRED DOLLARS : <br> IN UNITED STATES CURRENCY : | Miscellaneous Action No. 08-75 |

**STIPULATION AND ORDER**
**EXTENDING UNITED STATES' TIME TO FILE COMPLAINT FOR FORFEITURE**

It is hereby stipulated by and between the United States of America and claimants Clayton Adams and Marvin Kilgore ("claimants"), by and through their attorney, John Deckers, Esquire, as follows:

1. On January 9, 2008, claimants filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to One Hundred Fifty Thousand Dollars in United States Currency (the "property"), which was seized on September 27, 2007.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants have filed a claim to the property as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be April 9, 2008, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture against the property.

6. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property shall be extended from April 9, 2008, to April 16, 2008.

*[signature]*

for John Deckers, Esquire
800 North King Street, Suite 302
Wilmington, Delaware 19801
Attorney for Claimants
(302) 656-9850

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street
Wilmington, Delaware 19801
(302) 573-6277
Assistant United States Attorney

IT IS SO ORDERED this ___ day of April, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE